# United States Court of Appeals
## For the First Circuit

_____

No. 14-1032

DIRCK HECKING, Captain

Plaintiff - Appellant

v.

KELLY AYOTTE, individually, joint and severly; KATHERINE J. BARGER, individually, joint and severly; GREGORY A. BUEDDEMAN, individually, joint and severly; GEORGE N. COPADIS, individually, joint and severly; SANDRA COTE, individually, joint and severly; MARGRET CROUCH, individually, joint and severly; MICHAEL DELANEY, individually, joint and severly; CRAIG A. DOWNING, individually, joint and severly; JEFFREY GOLEY, individually, joint and severly; DOCTOR DOUGLAS M. GOUMAS, individually, joint and severly; THOMAS F. HARDIMAN, individually, joint and severly; MARTIN JENKINS, individually, joint and severly; PAT LNU, individually, Attorney, joint and severly; KATHLEEN KANE, individually, joint and severly; LAURA LOMBARDI, individually, joint and severly; WILLIAM J. MCQUILLEN, individually, joint and severly; MARION MITCHELL, individually, joint and severly; ELAINE M. MURPHY-MALTAIS, individually, joint and severly; DENNIS E. MURPHY, JR., individually, joint and severly; ROBERT MORNEAU, individually, joint and severly; RICHARD A. MITCHELL, Attorney, individually, joint and severly; DANIEL P. MANNING, individually, joint and severly; MARK S. MACKENZIE, individually, joint and severly; ROBERT C. NORTON, individually, joint and severly; HARRY G. NTAPALIS, individually, joint and severly; DENIS W. PARKER, individually, joint and severly; THOMAS F. PARKS, JR., individually, joint and severly; NORMAN J. PATENAUDE, Attorney, individually, joint and severly; TERENCE PFAFF, individually, joint and severly; DAVID J. ROGERS, individually, joint and severly; CHRISTOPHER T. REGAN, Attorney, individually, joint and severly; CONSTANCE J. ROY, individually, joint and severly; ANDY SANBORN, individually, joint and severly; KAREN ANNE SCHLITZER, individually, joint and severly; WILLIAM J. SCHUBERT, Attorney, individually, joint and severly; S. DAVID SIFF, Attorney, individually, joint and severly; CYNTHIA J. STONE, individually, joint and severly; DEBORAH STONE, individually, joint and severly; DENNIS TERAVAINEN, individually, joint and severly; PETER W. TRUFANT, individually, joint and severly; TIMOTHY S. WHEELOCK, Attorney, individually, joint and severly; DAVID WIHBY, individually, joint and severly; BRYAN MITCHELL, individually, joint and severly; BOYTON, WALDRON, DOLEAC, WOODMAN & SCOTT, PA, all of the proximate attorneys and partners; CHRISTOPHER E. GRANT; FRANCIS X. QUINN; CHRISTINE WOODMAN CASA; DAVID GOODWIN; HEATHER DUNION NEVILLE; CHARLES B. DOLEAC; RALPH R. WOODMAN, JR; WILLIAM G. SCOTT; JOHN KLINGBIEL; MAGGIOTTO & BELOBROW, PA, all of the proximate attorneys and partners; COREY M. BELOBROW; PAUL MAGGIOTTO; SHAHEEN & GORDON, PA, all of the

proximate attorneys and partners; MIKE NOONAN; BILL SHAHEEN; LEE NYQUIST; TIMOTHY BEAUPRE; ED STEWART; FRANCIS MURPHY; WYSKIEL, BOC, TILLINGHAST & BOLDUC, PA, all of the proximate attorneys and partners; D. LANCE TILLINGHAST; THOMAS FERRINI

Defendants - Appellees

_____

**JUDGMENT**

Entered: December 9, 2014
Pursuant to 1st Cir. R. 27.0(d)

      Appellant having failed to file a brief by the most recent deadline set by the court, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45.0(a) and 3.0(b).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dirck Hecking
Nancy Smith
Shawn Sullivan
Susan Lowry
Scott Burke
Timothy Beaupre
Christine Craig
Thomas Ferrini