# United States Court of Appeals
## For the First Circuit

No. 14-1032

DIRCK HECKING, Captain

Plaintiff - Appellant

v.

KELLY AYOTTE, individually, joint and severly; KATHERINE J. BARGER, individually, joint and severly; GREGORY A. BUEDDEMAN, individually, joint and severly; GEORGE N. COPADIS, individually, joint and severly; SANDRA COTE, individually, joint and severly; MARGRET CROUCH, individually, joint and severly; MICHAEL DELANEY, individually, joint and severly; CRAIG A. DOWNING, individually, joint and severly; JEFFREY GOLEY, individually, joint and severly; DOCTOR DOUGLAS M. GOUMAS, individually, joint and severly; THOMAS F. HARDIMAN, individually, joint and severly; MARTIN JENKINS, individually, joint and severly; PAT LNU, individually, Attorney, joint and severly; KATHLEEN KANE, individually, joint and severly; LAURA LOMBARDI, individually, joint and severly; WILLIAM J. MCQUILLEN, individually, joint and severly; MARION MITCHELL, individually, joint and severly; ELAINE M. MURPHY-MALTAIS, individually, joint and severly; DENNIS E. MURPHY, JR., individually, joint and severly; ROBERT MORNEAU, individually, joint and severly; RICHARD A. MITCHELL, Attorney, individually, joint and severly; DANIEL P. MANNING, individually, joint and severly; MARK S. MACKENZIE, individually, joint and severly; ROBERT C. NORTON, individually, joint and severly; HARRY G. NTAPALIS, individually, joint and severly; DENIS W. PARKER, individually, joint and severly; THOMAS F. PARKS, JR., individually, joint and severly; NORMAN J. PATENAUDE, Attorney, individually, joint and severly; TERENCE PFAFF, individually, joint and severly; DAVID J. ROGERS, individually, joint and severly; CHRISTOPHER T. REGAN, Attorney, individually, joint and severly; CONSTANCE J. ROY, individually, joint and severly; ANDY SANBORN, individually, joint and severly; KAREN ANNE SCHLITZER, individually, joint and severly; WILLIAM J. SCHUBERT, Attorney, individually, joint and severly; S. DAVID SIFF, Attorney, individually, joint and severly; CYNTHIA J. STONE, individually, joint and severly; DEBORAH STONE, individually, joint and severly; DENNIS TERAVAINEN, individually, joint and severly; PETER W. TRUFANT, individually, joint and severly; TIMOTHY S. WHEELOCK, Attorney, individually, joint and severly; DAVID WIHBY, individually, joint and severly; BRYAN MITCHELL, individually, joint and severly; BOYTON, WALDRON, DOLEAC, WOODMAN & SCOTT, PA, all of the proximate attorneys and partners; CHRISTOPHER E. GRANT; FRANCIS X. QUINN; CHRISTINE WOODMAN CASA; DAVID GOODWIN; HEATHER DUNION NEVILLE; CHARLES B. DOLEAC; RALPH R. WOODMAN, JR; WILLIAM G. SCOTT; JOHN KLINGBIEL; MAGGIOTTO & BELOBROW, PA, all of the proximate attorneys and partners; COREY M. BELOBROW; PAUL MAGGIOTTO; SHAHEEN & GORDON, PA, all of the proximate attorneys and partners; MIKE NOONAN; BILL SHAHEEN; LEE NYQUIST; TIMOTHY BEAUPRE; ED STEWART; FRANCIS MURPHY; WYSKIEL, BOC,

TILLINGHAST & BOLDUC, PA, all of the proximate attorneys and partners; D. LANCE TILLINGHAST; THOMAS FERRINI

Defendants - Appellees

## MANDATE

Entered: January 5, 2015

In accordance with the judgment of December 9, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Timothy P. Beaupre
Scott Douglas Burke
Christine M. Craig
Thomas G. Ferrini
Dirck Hecking
Susan Aileen Lowry
Nancy J. Smith
Shawn J. Sullivan